IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD EDWARDS,<br>    Plaintiff | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 19-CV-4851 |
| MARK L. FREED,<br>    Defendant. | :<br>:<br>: |

## ORDER

AND NOW, this 28th day of October, 2019, upon consideration of Plaintiff Gerald Edwards's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.